IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20327
Conference Calendar
_____


STEVEN WAYNE BROWN,

                                        Plaintiff-Appellant,

versus

C. GILLILAND ET AL.,

                                        Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-H-93-2301
- - - - - - - - - -
December 21, 1995
Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

Steven Wayne Brown appeals the dismissal of his civil rights
action as frivolous, pursuant to 28 U.S.C. § 1915(d).  Brown
lists several issues for appeal regarding his claims of mailroom
misconduct and use of excessive force against him; recites a
number of factual allegations regarding his mailroom misconduct
claims; and contends in conclusional fashion that the district
court did not review the record sufficiently before dismissing

_____

    [*]    Local Rule 47.5.1 provides:  "The publication of
opinions that merely decide particular cases on the basis of
well-settled principles of law imposes needless expense on the
public and burdens on the legal profession."  Pursuant to that
Rule, the court has determined that this opinion should not be
published.

his case, condoned the defendants' misconduct, and was not aware of the jurisdiction of the U.S. Postal Service to redress complaints regarding institutional mail.  Brown has failed to provide legal arguments sufficient to brief the issues he indicates he wishes to raise for appeal.  His conclusional allegations of error by the district court are insufficient to provide this court a basis for review of the judgment.  *See Grant v. Cuellar*, 59 F.3d 523, 525 (5th Cir. 1995), *Andrews v. Collins*, 21 F.3d 612, 632 (5th Cir. 1994), *cert. denied*, 115 S. Ct. 908 (1995).  Because Brown has failed to brief any issues, his appeal is frivolous.

We caution Brown that any additional frivolous appeals filed by him will invite the imposition of sanctions.  To avoid sanctions, Brown is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous because they previously have been decided by this court.

DISMISSED.  *See* 5TH CIR. R. 42.2.